DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 387P14 | Stella Anderson, Pam Williamson, Marianne Clawson, Alaina Doyle, Lauren Larve Joyner, Ian O'Keefe, and David Sabbagh v. The North Carolina State Board of Elections | 1. Respondent's Motion for Temporary Stay<br><br>2. Respondent's Petition for *Writ of Supersedeas*<br><br>3. Respondent's Motion for Expedited Response | 1. Allowed<br>**10/22/2014**<br><br>2. Allowed<br>**10/22/2014**<br><br>3. Dismissed as Moot<br>**10/23/2014** |
|---|---|---|---|
| 392PA13 | State v. Robert T. Walston, Sr. | Def's Petition for *Writ of Certiorari* to Review Order of COA | Dismissed<br><br>**Hunter, J., recused** |
| 392P14 | State v. Joseph Overocker | 1. State's Motion for Temporary Stay (COA14-270)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**10/21/2014**<br>Dissolved<br>**12/18/2014**<br><br>2. Denied<br><br>3. Denied<br><br>**Hunter, J., recused** |
| 393P14 | State v. Billy Ray Davis | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1092) | Denied |
| 394P14 | State v. Franklin Lawrence Dowdy | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Moore County | Dismissed |
| 397P14 | State v. Shaun Smith | Def's PDR Under N.C.G.S. § 7A-31 (COA14-193) | Denied |
| 398P05-3 | State v. Robert Lee Hood | Def's *Pro Se* Motion to Reconcile Court Order | Dismissed |
| 398P14 | State v. Stilloan Devoray Robinson | Def's PDR Under N.C.G.S. § 7A-31 (COA14-224) | Allowed |
| 399P14 | State v. Jeremiah Lamont Luke | 1. Def's NOA Based Upon a Constitutional Question (COA13-1261)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |